1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD W. IRVING, ET AL., | **Case No. 2:12-cv-00290-KJM-EFB** |
| **Plaintiffs,** | **ORDER GRANTING JOINT MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE** |
| **v.** | |
| LENNAR CORPORATION, ET AL., | |
| **Defendants.** | |

1

2

3

     Upon consideration of the Parties' Joint Motion to Reschedule Initial Scheduling Conference and the Court being sufficiently advised, it is hereby **ORDERED** that the Motion is **GRANTED**.

4

5

     The Initial Scheduling Conference set for June 14, 2012 at 2:30 p.m will be rescheduled after the court resolves the pending motion to dismiss.   Further dates will be set at that time.

6

7

8

Dated: May 10, 2012

UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28