1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD W. IRVING, ET AL., | Case No. 2:12-cv-00290-KJM-EFB |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE** |
| v. | |
| LENNAR CORPORATION, ET AL., | |
| Defendants. | |

Upon consideration of the Parties' Joint Motion to Reschedule Initial Scheduling Conference and the Court being sufficiently advised, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Initial Scheduling Conference set for June 14, 2012 at 2:30 p.m will be rescheduled after the court resolves the pending motion to dismiss.   Further dates will be set at that time.

Dated: May 10, 2012

_____
UNITED STATES DISTRICT JUDGE