UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD W. IRVING, et al., | No. 2:12-CV-0290 KJM EFB |
| Plaintiffs, | |
| v. | ORDER APPROVING THE PARTIES' JOINT STIPULATION REGARDING DEPOSITIONS |
| LENNAR CORPORATION, a Delaware corporation, et al., | |
| Defendants. | |

Upon consideration of the stipulation by plaintiffs and defendants regarding depositions in this case, ECF No. 88, and good cause appearing, it is hereby ORDERED that the Stipulation is APPROVED for the reasons stated in the stipulation as follows:

1. For each of the Coupled Plaintiffs (as defined and identified in the stipulation, ECF No. 88), one of the two plaintiffs shall be designated as the person most qualified (PMQ) to testify as to all matters regarding: (a) the Coupled Plaintiffs' allegations in the complaint, (b) the factual basis of the Coupled Plaintiffs' claims in the complaint, (c) the purchase and financing of the Coupled Plaintiffs' home and all related communications with defendants or any other person concerning the purchase and finance of the Coupled Plaintiffs' home, and (d) any other relevant facts or information regarding the allegations, claims, defenses and/or issues in this action. The testimony of the designated PMQ witness for each of the Coupled Plaintiffs shall be binding on

1   the non-designated plaintiff for all purposes in this case, including in connection with any motion
2   or at trial. Only the designated PMQ witness shall be permitted to be called by plaintiffs to testify
3   at trial or to submit testimony in connection with any motion, because defendants will not have
4   deposed the non-designated plaintiff, and the non-designated plaintiff shall not be permitted to be
5   called to testify by plaintiffs or to submit testimony in connection with any motion.
6           2. Plaintiffs' counsel shall provide defendants' counsel a written list of the
7   designated PMQ plaintiff witness for each of the Coupled Plaintiffs by no later than October 13,
8   2014.
9           3. Defendants shall be allowed to depose the designated PMQ for each of the
10  Coupled Plaintiffs as well as each of the other plaintiffs who are not Coupled Plaintiffs (these
11  include John Carreras, Isidro Escareno, Dan Lewerenz, Dan Machiovecchio, and Donald
12  O'Keefe), for a total of fifteen (15) depositions of plaintiffs. Defendants shall not take any
13  additional depositions of plaintiffs in this action absent leave of court.
14          4. In addition to the fifteen (15) plaintiff depositions described above, defendants
15  shall be allowed to take an additional ten (10) testimony depositions of third-party witnesses in
16  this action. Defendants shall not take any additional third-party witness testimony depositions in
17  this action absent leave of court.
18          5. Accordingly, based on the limitations set forth in paragraphs 3 and 4, above,
19  defendants shall be allowed to take a total of twenty-five (25) fact witness depositions in this
20  action, including fifteen (15) plaintiff depositions and ten (10) third-party witness testimony
21  depositions.
22          IT IS SO ORDERED.
23  DATED: October 6, 2014.

                                    UNITED STATES DISTRICT JUDGE