GLEN A. VAN DYKE, ESQ., SBN: 183796
**VAN DYKE LAW GROUP**
**A Professional Corporation**
12277 Soaring Way, Suite 300
Truckee, California 96161
Telephone: (530) 587-2130
Fax          : (530) 587-2829
gvandyke@vandykelawgroup.com

Matthew R. Schoech, SBN 234774
matt@norcallawfirm.com
Robert D. Finkle, SBN 264581
robert@norcallawfirm.com
SCHOECH LAW GROUP
4020 Lennane Drive, Suite 102
Sacramento, CA 95834
Tel: (916) 569-1940
Fax: (916) 569-1939

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD W. IRVING, ET AL., | CASE NO. 2:12-CV-00290-KJM-EFB |
| Plaintiffs, | NOTICE OF SETTLEMENT; STIPULATION TO DISMISS ENTIRE ACTION |
| vs. | |
| LENNAR CORPORATION, a Delaware corporation; ET AL., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, and each of them, and Defendants, and each of them, hereby stipulate by and through their respective counsel of record, subject to the approval of the Court, that the above entitled action shall be dismissed with prejudice. The parties hereby request the Court to enter dismissal with prejudice of the entire action.

| | | |
|---|---|---|
| Dated: January 28, 2015 | | **VAN DYKE LAW GROUP,**<br>*A Professional Corporation* |
| | By: | /S Glen A. Van Dyke<br>GLEN A. VAN DYKE,<br>Attorneys for Plaintiffs |
| Dated: January 28, 2015 | | **JONES DAY** |
| | By: | /S Darren Cottriel<br>DARREN COTTRIEL,<br>Attorneys for Defendants |